■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
RICHARD A. BROWN, Appellant.—Appeal by the defendant
from a judgment of the Supreme Court, Queens County (Zelman, J.), rendered November 11, 1983, convicting him of
robbery in the first degree, upon his plea of guilty, and
imposing sentence. The appeal brings up for review the denial,
after a hearing (Leahy, J.), of that branch of the defendant's
omnibus motion which was to suppress identification testimony.

Ordered that the judgment is affirmed.

Contrary to the defendant's contentions, the hearing court
properly determined that the identification procedures employed by the police were not unduly suggestive. We note that
the record amply supports the court's holding that there
existed an independent basis supporting the identifications by
the prosecution witnesses (see, e.g., People v Fappiano, 139
AD2d 524, 525, lv denied 72 NY2d 918). Kunzeman, J. P.,
Kooper, Sullivan and Balletta, JJ., concur.